BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THIPAKHONE VONGXAY, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. 1:12-CR-00323 LJO-SKO <br><br> STIPULATION AND <br> ORDER FOR CONTINUANCE OF STATUS <br> CONFERENCE |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Yan Shrayberman, attorney for Thipakhone Vongxay, that the status conference set for March 18, 2013 at 1:00 pm be continued to April 29, 2013. The last status conference (third) was held on February 19, 2013. The Court indicated that the parties should be ready to set the case for trial if no resolution had been reached by the next status conference. The undersigned Assistant U.S. Attorney was off of work sick with the flu for most of the week of February 24, 2013. Defense counsel has been and continues to be in a trial during the week of March 11, 2013. The parties agreed to meet and confer during the week of March 18, 2013, and anticipate being able

1

to resolve the matter. Thus, the parties request the Court to set the matter for April 29, 2013, and if no resolution has been reached, the parties will have selected a trial date. The defendant has been out of custody pursuant to a release order issued on September 14, 2012.

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: March 12, 2013                    Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                     By    /s/ Kimberly A. Sanchez
                                         KIMBERLY A. SANCHEZ
                                         Assistant U.S. Attorney

Dated: March 12, 2013                      /s/ Yan Shrayberman
                                         YAN SHRAYBERMAN
                                         Attorney for Thipakhone Vongxay

IT IS SO ORDERED.

   Dated:  **March 14, 2013**              **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE