Case 1:12-cr-00323-LJO-SKO   Document 17   Filed 03/26/13   Page 1 of 1

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
MAR 26 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**United States of America**
vs.
**Thipakhone Vongxay**

Case No. 1:12-CR-00323-LJO-SKO-1

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Thipakhone Vongxay__, have discussed with __Dan Stark__, Pretrial Services Officer, modifications of my release conditions as follows:

To modify condition of release 7(s) to remove home detention and place the defendant on the curfew component of location monitoring; the curfew being from 9:00 pm to 5:00 am as directed by the pretrial services officer.

All previous ordered conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Signature of Defendant_  Date: 3-15-2013
_Pretrial Services Officer_  Date: 03/15/2013

I have reviewed the conditions and concur that this modification is appropriate.

_Signature of Assistant United States Attorney_  Date: 3-25-13

I have reviewed the conditions with my client and concur that this modification is appropriate.

_Signature of Defense Counsel_  Date: 3/14/13

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on 3-26-13
☐ The above modification of conditions of release is not ordered.

_Signature of Judicial Officer_  Date: March 26, 2013

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services