


# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

JUL 02 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

United States of America
vs.
Thipakhone Vongxay

Case No. 1:12-CR-00323-LJO-SKO-1

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Thipakhone Vongxay, have discussed with Dan Stark, Pretrial Services Officer, modifications of my release conditions as follows:

To vacate the condition of release placing the defendant on the curfew component of the location monitoring program.

All previous ordered conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

Signature of Defendant — Date 7-1-2013

Pretrial Services Officer — Date 07/01/2013

I have reviewed the conditions and concur that this modification is appropriate.

Signature of Assistant United States Attorney — Date 7/2/13

I have reviewed the conditions with my client and concur that this modification is appropriate.

Signature of Defense Counsel — Date 7/1/13

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on 7/2/13

☐ The above modification of conditions of release is *not* ordered.

Signature of Judicial Officer — Date 7/2/13

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services